AO 245D   (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

FOR   District of   PUERTO RICO

UNITED STATES OF AMERICA
V.

SAMUEL ROBERTO-MELENDEZ

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

Case Number:   3:99CR227-04 (SEC)
USM Number:   19002-069

CARLOS VAZQUEZ-ALVAREZ, AFPD
Defendant's Attorney

**THE DEFENDANT:**

X  admitted guilt to violation of condition(s)  Grade C Violation  of the term of supervision.

☐  was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Condition No. 7 | The defendant shall refrain from excessive us of alcohol and shall not purchase, possess, use, distribute, or administer any or other controlled substance or any paraphernalia related to such substances, except as prescribed by a physician. | 5/31/2002 |
| Special Condition No. 3 | The defendant shall participate in a substance abuse treatment program arranged and approved by the U. S. Probation Officer until duly discharged by authorized program personnel with the approval of the Probation Officer, and submit to urinalysis whenever required to do so by the treatment program or the Probation Officer. | February 23, 2004 and March 1, 2004 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐  The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.:   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
Defendant's Date of Birth:   3/10/76

Defendant's Residence Address:
Carr. 3 Km. 43 Hm. 6, Barrio Juan Martin
Luquillo, Puerto Rico 00773

Defendant's Mailing Address:
Box 8600, Luquillo, Puerto Rico 00773

April 28, 2004
Date of Imposition of Judgment

s/ *Salvador E. Casellas*
Signature of Judge

Salvador E. Casellas, U.S. District Judge
Name and Title of Judge

April 28, 2004
Date

AO 245D   (Rev. 12/03 Judgment in a Criminal Case for Revocations
           Sheet 2— Imprisonment

|  |  |
|---|---|
| DEFENDANT: | SAMUEL ROBERTO MELENDEZ |
| CASE NUMBER: | 3:99CR227-04 (SEC) |

Judgment — Page  2  of  2

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :
**_NINE (9) MONTHS_**.

X   The court makes the following recommendations to the Bureau of Prisons:
    *It is highly recommended that defendant participate in a drug rehabilitation treatment program while incarcerated.*

X   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

   ☐   at _____   ☐ a.m.   ☐ p.m.   on _____ .

   ☐   as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐   before 2 p.m. on _____ .

   ☐   as notified by the United States Marshal.

   ☐   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

Defendant delivered on   6-3-04   to   MDC Guaynabo

a   Puerto Rico   with a certified copy of this judgment.

for: Ricardo E. Chavez, Warden
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

Certified to be a true & exact copy of the document,
or, an authorized electronic docket entry on file
FRANCES RIOS DE MORAN, CLERK
U.S. District Court for the
District of Puerto Rico
By: _____
Deputy Clerk
Date: 5/5/04